RECEIVED

JUN 2 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MONROE DIVISION                                    3:17-cv-0829  Sec P

MARCUS GOFF
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION 1:17-CV-00700 Sec P

NO./

versus                                             SECTION/

8th JUDICIAL DISTRICT COURT
CRAWFORD JORDAN "
ANDY BROWN
ET. AL
JACKSON PARISH Correctional
CENTER City Police Department
Print the full name of all defendants in this
action.
DO NOT WRITE et al.

COMPLAINT

I.      Previous Lawsuits

        A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved
                in this action or otherwise relating to your imprisonment?
                Yes (  )  No (✓)

B.  If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit

Plaintiffs  _____

_____

Defendants  _____

_____

2.  Court (If federal court, name of the district court; if state court, name the parish.)

_____

3.  Docket Number _____

4.  Name of judge to whom case was assigned _____

_____

5.  Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes (  )  No ( ✓ )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.  PLACE OF PRESENT CONFINEMENT: Jackson Parish Correctional Center.

A.  Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )  No (  )

B.  Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ✓ )  No (  )

C.  If your answer is "yes",

1.  Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. Refused to mail back

2

2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D.    If your answer is NO, explain why you have not done so: _____

_____

_____

## III. Parties

(In item A below, complete the following information.  Do the same for additional plaintiffs, if any.)

A.    Full Name of Plaintiff
(First - Middle - Last)_____

Prisoner Number _____

Address _____

Date of Birth _____

Date of Arrest _____

Date of Conviction _None_____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address.   If you have sued more than one defendant, provide this same information for every defendant you have named.  Please attach an additional sheet, if necessary. The parties listed below must be exactly the same as those listed in your caption.

B.    Defendant _JacQue DERR_____ is employed as _Judge_____
    _____ at _8th Judicial DisTRicT Court_
    Address for service: _Winn PARish Court house_____

C.    Defendant _CRANFORD JORDAN___ is employed as _SHERRiF_
    _____ at _Winn PARish Sherriffs DePARTMENT_
    Address for service: _Winn PARish Court house_____

D.    Defendant _AnDY BROWN____ is employed as _SHERRiFF_____
    _____ at _JACKSon PARSH SHERiFF'S DePartment_
    Address for service: _JACKson Parish Sherriffs Department_

E.    Defendant _WARDen DERr DUCOTE_ is employed as _WARDEN____
    _____ at _JACKson PARish CorrecTional Center_
    Address for service: _287 Industrial Drive Jonesboro LA 71251_

F.    Defendant _____ is employed as _____
    _____ at _____
    Address for service: _____

G.    Defendant _____ is employed as _____
    _____ at _____
    Address for service: _____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_Plaintiff Asserts that he is a natural breathing free Man of flesh and blood, who has filed his Affidavit of denial of Corporate Existence relative to An Unllawful Arrest by the Police DeTartment, with the 8th Judicial DisTRicT Court, At no time do I ever give up my rights as a_

4

As a living and breathing free man of flesh and blood.

On the 14th day of June 2017 the Judge for the 8th Judicial District Court Reads the Affidavit of denial of Corporate Existence on the face of the record.

To Date I remain in wrongful incarceration as a Pretrial Inmate at the Jackson Parish Correctional Center in violation of my Constitutional Rights where I am forced to stand before a Court under fraud where I have under went Slander with out producing the Rules and Procedures for the Jurisdiction that the 8th Judicial District Court Intends to Proceed to trial under to Prosecute a natural free man of flesh and blood.

At no Time Can a STATE or a member of the STATE Provide a Contract that isn't obtained by fraud that is entered into by my own free will or in full discloser it doesn't Exist.

Plaintiff further Asserts that there has ever been a Affidavit filed Answering his Affidavit of denial of Corporate Existence with the Clerk of Court for the 8th Judicial District Court, Parish of Winn. Showing Claims against my natural body.

The record will Show that the Court Addressed the Affidavit of denial of Corporate Existence more than five days of filing with the Clerk of Court, And that no Claims against my natural body in the form of an Affidavit has been filed

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Trial by Jury

1.8 million Per day for wrongful incarceration under fraud and slander

A restraining restraining order Against All Corporate LAW inforcement in fear of my life.

A Restraining order against All Corporate Correctional Institutions in fear of my life

VI    Plaintiff's Declaration

1)    I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __23__ day of __June_____, 20_17_.

Marcus Goff
(Signature of Plaintiff)

04/2006