UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MARCUS GOFF                              CASE NO. 3:17-CV-00829 SEC P

VERSUS                                   JUDGE ROBERT G. JAMES

8TH JUDICIAL DISTRICT COURT ET AL        MAGISTRATE JUDGE KAREN L. HAYES

## MEMORANDUM ORDER

The application to proceed *in forma pauperis* having been considered,

IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

IT IS ORDERED UNDER 28 U.S.C. § 1915(b) that the sum of **$ 2.05** be paid as an initial partial filing fee and that this fee be forwarded to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

IT IS FURTHER ORDERED THAT, after payment of the initial filing fee, plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the $350.00 filing fee is fully paid to this Court.  The Sheriff, Warden, or authorized prison official shall forward such payment to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, EACH TIME the amount in the inmate's account exceeds $10.00 until the balance of the $350.00 filing fee is paid in full.

IT IS ALSO ORDERED THAT, if plaintiff is transferred to another facility or released from custody, the plaintiff shall notify the Court of his new facility or forwarding address.

THUS DONE in Chambers on this __19th___ day of __July_____, 2017.

_____
Karen L. Hayes
United States Magistrate Judge

cc Prison Accounts Officer - Jackson Parish Correctional Center Phase II