UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MARCUS GOFF** | **CIVIL ACTION NO. 3:17-cv-829** |
| **VS.** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **8TH JUDICIAL DISTRICT COURT, ET AL** | **MAGISTRATE JUDGE HAYES** |

### REPORT AND RECOMMENDATION

Plaintiff Marcus Goff filed a civil rights complaint (42 U.S.C. §1983) on June 27, 2017. When he filed his suit he was an inmate at the Jackson Parish Correctional Center (JPCC), Jonesboro, Louisiana. [Rec. Doc. 1] On September 18, 2017, the undersigned completed an initial review of the pleadings and directed plaintiff to amend his complaint within 30 days. [Doc. 8] That order was mailed to plaintiff at the JPCC. Plaintiff has failed to respond to this Court's order.

### LAW AND ANALYSIS

Federal Rules of Civil Procedure Rule 41(b) permits dismissal of claims "For failure of the plaintiff to prosecute or to comply with ... any order of court..." The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. *Link v. Wabash R.R.Co.*, 370 U.S. 626, 630-31, 82 S.Ct. 1386, 1388-89, 8 L.Ed.2d 734 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir.1988).

Therefore,

**IT IS RECOMMENDED** that plaintiff's civil rights complaint be **DISMISSED** in

accordance with the provisions of FRCP Rule 41(b).

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See, Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

In Chambers at Monroe, Louisiana, this 3rd day of January, 2018.

KAREN L HAYES
UNITED STATES MAGISTRATE JUDGE